# Exhibit 1

# THE TRANSPARENCY PROJECT
P.O. Box 20753
Brooklyn, New York 11202
(979) 985-5289

March 13, 2018

The Hon. John P. Cronan, Acting Asst. Attorney General
Criminal Division, U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Ms. AnnaLou Tirol, Acting Chief
Public Integrity Section, Criminal Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

<u>Via electronic submission and email</u>
*MRUFOIA.Requests@usdoj.gov* and *crm.foia@usdoj.gov*

Mr. Cronan and Ms. Tirol:

    I write on behalf of the The Transparency Project ("TTP"), a nonprofit corporation headquartered in Texas. As authorized by the Freedom of Information Act, TTP requests all documents, records, communications, or other retrievable information that pertain to the following:

> Investigations, reports, or referrals of alleged, potential, or actual misconduct by any and all United States bankruptcy judges, magistrate judges, district judges, circuit judges, or Supreme Court justices.

With respect to the date range, TTP requests all responsive documents as far back as the information is available. TTP's request includes, but is not limited to, reports in your office's possession or control that were produced by any circuit judicial council, special investigative committee, special counsel, or other person or entity authorized to investigate judicial misconduct.

    TTP intends to use the requested information to educate the public about the prevalance of misconduct in the federal judiciary, therefore I request a waiver of any fees. If charges will apply, please let me know the approximate amount of such charges in advance. I can be reached by email at tyclevenger@yahoo.com if you need additional information.

Sincerely,

Ty Clevenger
Executive Director