# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| THE TRANSPARENCY PROJECT | § | |
| | § | |
| v. | § | Civil Action No.  4:20cv468 |
| | § | Judge Mazzant |
| U.S. DEPARTMENT OF JUSTICE | § | |

## ORDER

It is hereby **ORDERED** that Plaintiff shall file a Status Report informing the Court of the

status of this case no later than April 19, 2021.

**IT IS SO ORDERED.**

 **SIGNED this 8th day of April, 2021.**


_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE