IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE TRANSPARENCY PROJECT, | § § | |
| Plaintiff, | § § | CIVIL ACTION No. 4:20CV468 |
| v. | § § | |
| U.S. DEPARTMENT OF JUSTICE, | § § | JUDGE AMOS L. MAZZANT, III |
| Defendant. | § § | |

### RESPONSE TO APRIL 8, 2021 ORDER

Defendant, the United States Department of Justice ("DOJ") and Plaintiff, The Transparency Project, jointly submit this response to the Court's Order dated April 8, 2021 [Dkt. 11].

Defendant has now generated case summary reports pertaining to the 230 matters potentially responsive to Plaintiff's request. The reports total approximately 340 potentially responsive pages. The Criminal Division is currently reviewing the pages and expects consultations will be needed with a number of agencies and DOJ components before issuing a final determination of any responsive pages. The Criminal Division is working to identify all necessary consultations. After completing consultations (the time of which is uncertain and depends in part on the response times of other agencies and DOJ components), the Criminal Division will produce any non-exempt, responsive pages subject to the FOIA. The Criminal Division will provide a further status update 60 days from the date of this filing, on or before June 18, 2021.

Respectfully submitted,

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

*/s/ Andrea L. Parker*
ANDREA L. PARKER
Assistant United States Attorney
Texas Bar No. 00790851
550 Fannin St., Suite 1250
Beaumont, Texas 77701-2237
Tel:    (409) 839-2538
Fax:    (409) 839-2643
Email:  andrea.parker@usdoj.gov

*/s/ Ty Odell Clevenger (with permission)*
TY ODELL CLEVENGER
Attorney at Law
P.O. Box 20753
Brooklyn, NY   11202-0753
Tel:    (979) 985-5289
Fax:    (979) 530-9523
Email: tyclevenger@yahoo.com