The IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE TRANSPARENCY PROJECT, | § § | |
| Plaintiff, | § § | CIVIL ACTION No. 4:20CV468 |
| v. | § § | |
| U.S. DEPARTMENT OF JUSTICE, | § § | JUDGE AMOS L. MAZZANT, III |
| Defendant. | § § | |

**UNOPPOSED MOTION FOR STAY**

NOW COMES the Plaintiff, moving the Court to stay this case for 60 days. Plaintiff's Counsel is scheduled to be hospitalized today and unable to work for an extended period of time. The Defendants do not oppose this request.

Respectfully submitted,
**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
212 S. Oxford Street #7D
Brooklyn, New York 11217
(979) 985-5289
(979) 530-9523 (fax)
tyclevenger@yahoo.com

**Counsel for Plaintiff**

**Certificate of Conference**

On May 11, 2023, I conferred via email and telephone with Asst. U.S. Attorney Andrea Parker, and she indicated that the Defendants do not oppose the Plaintiff's request for a 60-day stay.

**/s/ Ty Clevenger**
Ty Clevenger

**Certificate of Service**

On May 13, 2023, I filed a copy of this response with the Court's ECF system, which should result in automatic notification via email to Asst. U.S. Attorney Andrea Parker, Counsel for the Defendants, at andrea.parker@usdoj.gov.

**/s/ Ty Clevenger**
Ty Clevenger